OPINION — AG — ** MEALS — LUNCH — FEDERAL FUNDS ** A LOCAL SCHOOL DISTRICT FUNDS 'CAN' LEGALLY BE EXPENDED FOR THE PAYMENT OF COOKS' SALARIES AND OTHER EXPENSES NECESSARY TO SERVE LUNCHES TO SCHOOL CHILDREN, WHERE FEDERAL FUNDS PAID TO THE DISTRICT UNDER THE NATIONAL SCHOOL LUNCH PROGRAM FOR SUCH LUNCHES ARE INADEQUATE. (CAFETERIAS, SALARY, COMPENSATION, SCHOOL SUPERINTENDENTS, PROGRAMS) CITE: 70 O.S. 4-22 [70-4-22] (J. H. JOHNSON)